**Order filed November 1, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00322-CV

_____

## IN RE NEAL LOEPPKY

**Original Habeas Corpus Proceeding**

### O R D E R

Relator, Neal Loeppky, has filed in this court a petition for writ of habeas corpus in which he seeks relief from an order of enforcement by contempt that was issued by the Hon. Carter T. Schildknecht in conjunction with a divorce proceeding: Cause No. 13-05-16615 in the 106th District Court of Gaines County, Texas. In the petition, Relator asks this court to set a reasonable bond pending the outcome of the habeas corpus proceeding. After reviewing the petition and the appendix filed by Relator, we agree that a reasonable bond should be set. *See* TEX. R. APP. P. 52.8(b)(3) (permitting this court to order Relator's discharge on bond if we are "of the tentative opinion that relator is entitled to the relief sought or that a serious question concerning the relief requires further consideration").

Accordingly, we grant Relator's request and order that Relator be discharged from custody or the threat of custody based upon the underlying contempt order if Relator files with the Sheriff of Gaines County a good and sufficient bond in the amount of $1,000, conditioned as required by law. *See* TEX. R. APP. P. 52.8(b)(3), 52.10(b); *see also* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004). This order will remain in effect pending this court's decision on the petition for writ of habeas corpus or until further order of this court.

PER CURIAM

November 1, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.